### ANNIE H. CAMPBELL v. ELIZA W. CRONLY ET AL.*

(Filed 29 May, 1908.)

ACTION heard by *Neal, J.,* at December Term, 1908, of NEW HANOVER.

Both parties appealed.

*Empie & Empie* for plaintiff.
*Meares & Ruark* for defendants.

PER CURIAM: This cause is remanded to the Superior Court of New Hanover County, to the end that Alex. T. London, the alleged purchaser of the land, be made a party.

The judgment of the Superior Court is set aside.

---

*WALKER, J., did not sit upon the hearing of this case.